1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  GRIFFIN ESTES, CA Bar #322095
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   JACOB DONOVAN
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,       | Case No. Case No. 1:24-cr-00167-KES
12 |         Plaintiff,              | **STIPULATION TO VACATE STATUS HEARING; AND ORDER**
13 | vs.                             |
14 | JACOB DONOVAN,                  | Date:   August 8, 2024
                                       Time:   9:00 p.m.
                                       Judge:  Hon. McAuliffe
15 |         Defendant.              |

18         IT IS HEREBY STIPULATED by and between the parties through their respective

19 counsel, Assistant United States Attorney David Gappa, counsel for plaintiff, and Assistant

20 Federal Defender Griffin Estes, counsel for Jacob Donovan, that the Court may vacate the status

21 hearing currently scheduled for August 8, 2024, at 2:00 p.m. Mr. Sandoval was successfully

22 transported to Westcare this morning. The previously set November 4, 2024 sentencing date

23 should remain. No exclusion of time is necessary as the defendant is pending sentencing for a

24 supervised release violation petition.

25

26 **IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: August 8, 2024        */s/ David Gappa*
DAVID GAPPA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: August 8, 2024        */s/ Griffin Estes*
GRIFFIN ESTES
Assistant Federal Defender
Attorney for Defendant
JACOB DONOVAN

# **O R D E R**

**IT IS SO ORDERED.** The status hearing currently scheduled for August 8, 2024, at 2:00 p.m. is hereby vacated.

IT IS SO ORDERED.

Dated:   **August 8, 2024**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

Donovan– Stipulation to Continue Sentencing Hearing        2