1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  GRIFFIN ESTES, Bar #322095
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA 93721-2226
4  Telephone: (559) 487-5561
   Fax: (559) 487-5950
5
   Attorney for Defendant
6  JACOB DONOVAN

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 1:24-cr-00167-KES

12            Plaintiff,               REQUEST FOR RULE 43 WAIVER OF
                                       APPEARANCE; ORDER
13  vs.

14  JACOB DONOVAN,

15            Defendant.

16

17        Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Jacob Donovan, having been

18  advised of her right to be present at all stages of the proceedings, hereby requests that this Court

19  permit him to waive his right to personally appear at all non-substantive proceedings.  Mr.

20  Donovan agrees that his interests shall be represented at all times by the presence of his attorney,

21  the Office of the Federal Defender for the Eastern District of California, the same as if he were

22  personally present, and requests that this Court allow his attorney-in-fact to represent his

23  interests at all times.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 8, 2024                     */s/ Griffin Estes*
                                         GRIFFIN ESTES
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         JACOB DONOVAN

## **O R D E R**

Defendant's request for a waiver of appearance is granted.  Pursuant to Rule 43(b)(3), defendant's appearance is waived at all non-substantive pretrial proceedings until further order of the Court.


IT IS SO ORDERED.

Dated:   **August 8, 2024**                     /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE

Donovan - Request for Rule 43 Waiver of Appearance

2