1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  GRIFFIN ESTES, CA Bar #322095
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   JACOB DONOVAN
7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. Case No. 1:24-cr-00167-KES
12 | Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER**
13 | vs. | New Date: November 4, 2024
14 | JACOB DONOVAN, | Time: 9:30 a.m.
   |                | Judge: Hon. Kirk E. Sheriff
15 | Defendant. |

20       IT IS HEREBY STIPULATED by and between the parties through their respective

21  counsel, Assistant United States Attorney David Gappa, counsel for plaintiff, and Assistant

22  Federal Defender Griffin Estes, counsel for Jacob Donovan, that the Court may continue the

23  sentencing hearing currently scheduled for September 23, 2024, to November 4, 2024. The

24  parties need further time to prepare the case and for sentencing in this matter. Specifically,

25  counsel for Mr. Donovan is continuing to obtain information relevant to the Court for sentencing.

26  The government has no objection to the requested continuance.

**IT IS SO STIPULATED.**

        Respectfully submitted,

        PHILLIP A. TALBERT
        United States Attorney

Date: September 4, 2024        */s/ David Gappa*
        DAVID GAPPA
        Assistant United States Attorney
        Attorney for Plaintiff

        HEATHER E. WILLIAMS
        Federal Defender

Date: September 4, 2024        */s/ Griffin Estes*
        GRIFFIN ESTES
        Assistant Federal Defender
        Attorney for Defendant
        JACOB DONOVAN

## **O R D E R**

**IT IS SO ORDERED.** The sentencing hearing currently scheduled for September 23, 2024, is hereby continued to November 4, 2024, at 9:30 AM in Courtroom 6 (KES) before District Judge Kirk E. Sherriff.

IT IS SO ORDERED.

Dated:   September 6, 2024                                       
                                                           UNITED STATES DISTRICT JUDGE