JAMES R. HOMOLA #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111
Facsimile: (559) 441-7115

Attorney for Defendant
JACOB DONOVAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No 1: 24 CR 167 KES-USA |
| Plaintiff, | MOTION TO TERMINATE CJA APPOINTMENT OF JAMES R. HOMOLA |
| V. | AS ATTORNEY OF RECORD |
| JACOB DONOVAN, | |
| Defendant. | |

On December 3, 2024, a Petition for Warrant was filed, alleging that Mr. DONOVAN violated conditions of supervised release by failing to participate in a correctional treatment program, and to follow instructions of the Probation Officer. On January 22, 2025, effective January 21, 2025, attorney James R. Homola was appointed to represent Mr. DONOVAN. On February 19, 2025, Mr. DONOVAN admitted the violations, and on April 28, 2025, he was sentenced in proceedings before Judge Kirk E. Sherriff.

Mr. DONOVAN is in BOP custody. The period within which to file a notice of appeal has passed. There is no further action to be taken in this matter. Having completed his representation of Mr. DONOVAN, CJA attorney James R. Homola now moves to terminate his appointment under the Criminal Justice Act.

Dated: May 14, 2025                    Respectfully submitted,

                                       /s/ James R. Homola
                                       JAMES R. HOMOLA
                                       Attorney for Defendant
                                       **ORDER**

Having reviewed the notice, and finding that attorney James R. Homola has completed the services for which he was appointed, the Court hereby grants attorney James R. Homola's request for leave to withdraw as defense counsel in this matter.

Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California, at 2300 Tulare Street, Suite 330, Fresno California 93721.  The telephone numbers for that office are (559) 487-5561 (collect) or (858) 656-4360 (toll free).  If appropriate the office will arrange for the appointment of counsel to assist the Defendant.

The Federal Bureau of Prisons' inmate locator reflects that Defendant DONOVAN is currently housed at FCI Mendota.  The Clerk of the Court is directed to serve a copy of this order on Defendant DONOVAN at the following address, and to update the docket to reflect Defendant's pro se status and contact information:

```
JACOB DONOVAN
# 54419-048
FCI Mendota
Federal Correctional Institution
P.O. Box 9
Mendota, CA 93640
```

IT IS SO ORDERED.

Dated:   May 22, 2025

UNITED STATES DISTRICT JUDGE